Michael R. Seidl, OSB No. 83319
mick@Seidl-law.com
**SEIDL LAW OFFICE, PC**
806 SW Broadway, Suite 400
Portland, Oregon 97205
TELEPHONE: (503) 224-7840
FAX: (503) 224-7845
    Attorneys for Defendant Travelers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HOFFMAN CONSTRUCTION COMPANY OF OREGON, a domestic corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY INSURANCE COMPANY, a foreign corporation; ADVANCED TECHNOLOGY GROUP, a domestic corporation,<br><br>    Defendants. | Case No: 6:05-CV-456-AA<br><br>**DEFENDANT TRAVELERS' MOTION FOR SUMMARY JUDGMENT**<br><br>Pursuant to FRCP 56<br>REQUEST FOR ORAL ARGUMENT |

Defendant Travelers Indemnity Insurance Company certifies that it has conferred by telephone with John Ostrander, and the parties made a good faith effort to resolve this matter but were unable to do so.

Pursuant to FRCP 56, Defendant Travelers Indemnity Insurance Company ("Travelers") hereby moves the court for an order granting it summary judgment on the basis that there is no genuine issue of any material fact and Travelers is entitled as a matter of law to a judgment in its favor.

Defendant's Motion for Summary Judgment      PAGE 1

In support of this motion, Travelers will rely upon the attached Concise Statement of Material Undisputed Facts, Memorandum of Points and Authorities and Affidavit of Michael R. Seidl.

DATED this 29th day of August, 2005.

                **SEIDL LAW OFFICE**

By: _____
       Michael R. Seidl, OSB No. 83319
       Attorney for Travelers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2005, I caused to be served true copies of the foregoing MOTION FOR SUMMARY JUDGMENT by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| John D. Ostrander<br>Attorney at Law<br>Elliott, Ostrander & Preston, P.C.<br>707 SW Washington Street, Suite 1500<br>Portland OR 97205 | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered ☐ Overnight Mail<br>☒ Telecopy |
| Scott Zerlaut<br>Attorney at Law<br>Shorall McGoldrick Brinkmann<br>3030 North Central Ave., Ste. 1000<br>Phoenix AZ 85012 | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered ☐ Overnight Mail<br>☒ Telecopy |

*/s/ Michael R. Seidl*

Michael R. Seidl, OSB No. 83319