UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HOFFMAN CONSTRUCTION COMPANY,

**Plaintiff,**

v.                                                                              Civil No.  05-456-AA

TRAVELERS INDEMNITY INSURANCE
COMPANY, et al,

**Defendants.**

_____

# ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, without costs and with leave for good cause shown within sixty (60) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated.

Dated:  May 10, 2006.

Donald M. Cinnamond, Clerk

by:  /s/ Leslie Engdall
       Leslie Engdall, Deputy

**ORDER OF DISMISSAL**